**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin RAMIREZ–SOLORIO, a.k.a. Martin Selorio Ramirez, a.k.k. Jose Martin Rameriz, a.k.a., Martin Ramirez–Soloredo, Defendant–Appellant.**

**No. 14–10763**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 23, 2014.

Peter Decklin Leary, Michael J. Moore, Michael Taylor Solis, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee.

Oliver Raymond Register, Law Offices of Oliver Raymond Register, Thomasville, GA, for Defendant–Appellant.

---

1. On March 31, 2014, the District Court also ordered FlexFlo to pay Graco $40,334.24 in prejudgment interest. Doc. 89.

Martin Ramirez–Solorio, Ocilla, GA, pro se.

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Oliver R. Register, appointed counsel for Martin Ramirez–Solorio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Solorio's conviction and sentence are **AFFIRMED.**